# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF INDIANA

# FORT WAYNE DIVISION, E. ROSS ADAIR FEDERAL BLDG.

IN THE MATTER OF:                                    CASE NO. 18-10030-reg

Amy Renae Jones                                      CHAPTER 13
Debtor

### AMENDED NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Please take notice that on April 17, 2018, OneMain Financial of Indiana, Inc. as servicer for Springleaf Funding Trust 2017-A, by counsel, has filed a Motion for Relief from Co-Debtor Stay and, in support of its Motion, alleges that Debtor, Amy Renae Jones, and Co-Debtor Penny J. Stephens, are jointly liable on a loan account and that Debtor's Plan makes no provision for repayment of this obligation.

OneMain Financial of Indiana, Inc. as servicer for Springleaf Funding Trust 2017-A alleges that it is entitled to relief pursuant to 1301 (c) of the Bankruptcy Code to allow it to proceed with its State Court remedies against the Co-Debtor. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion, then **on or before May 28, 2018** you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object with the Clerk of the United States Bankruptcy Court, Fort Wayne Division, E. Ross Adair Federal Bldg., 1300 South Harrison Street, Fort Wayne IN 46802. If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to Brooks J. Grainger, Attorney for OneMain Financial of Indiana, Inc. as servicer for Springleaf Funding Trust 2017-A, P.O. Box 6200, South Bend, Indiana 46660-6200 and Debra L. Miller, Trustee, P.O. Box 11550, South Bend, IN, 46634.

3. The original *Motion for Relief from Co-Debtor Stay* is attached as Exhibit B.

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the motion for hearing which you or your attorney will be expected to attend.

Date: April 17, 2018

/s/Brooks J. Grainger
Brooks J. Grainger (19362-71)
Attorney for Creditor
P.O. Box 6200
South Bend, IN 46660-6200
(574) 272-1000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2018, the Notice of Motion and Opportunity to Object was mailed to those persons listed in **Exhibit A** at the addresses shown therein, and upon Penny J. Stephens, 3530 Felician Street, Fort Wayne, IN 46803, by depositing the same in the United States Mail, first class postage prepaid.

**KRISOR & ASSOCIATES**

By: /s/Brooks J. Grainger
Brooks J. Grainger (19362-71)
P.O. Box 6200
South Bend, IN  46660-6200
(574) 272-1000